September 13, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

DENNIS ESCOBAR, Appellant

NO. 14-12-00360-CR

NO. 14-12-00361-CR                                   V.

THE STATE OF TEXAS, Appellee

_____

These causes were heard on the motion of the appellant to withdraw notice of appeal. Having considered the motion the Court orders the appeals **DISMISSED**.

We further order appellant pay all costs expended in the appeals.

We further order the mandates be issued immediately.

We further order this decision certified below for observance.